IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AYODELE OKE,<br>    Plaintiff,<br><br>  v.<br><br>MICHELE CROWUTHER,<br>    Defendants. | C.A. No. 18-323 Erie<br><br>**District Judge Susan Paradise Baxter**<br>**Magistrate Judge Richard A. Lanzillo** |

## MEMORANDUM ORDER

Plaintiff Ayodele Oke, an inmate incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"), initiated this *pro se* civil rights action on October 22, 2018, against Defendant Michele Crowuther, a Unit Manager at SCI-Forest. The case was referred to United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. This matter was subsequently assigned to the undersigned, as presiding judge, on May 7, 2019, with Judge Lanzillo remaining as the referred Magistrate Judge for all pretrial proceedings.

In his *pro se* complaint, Plaintiff claims that Defendant retaliated against him in violation of the first amendment of the United States Constitution. On January 13, 2020, Defendant filed a motion for summary judgment [ECF No. 40], to which Plaintiff filed a response and opposition brief [ECF Nos. 47, 48]. On August 7, 2020, Judge Lanzillo issued a Magistrate Judge's Report and Recommendation ("R&R") recommending that Defendant's motion for summary judgment be granted. [ECF No. 50]. Plaintiff has since filed timely objections to the R&R [ECF No. 53],

which essentially restate the same arguments raised in his brief in opposition to Defendant's summary judgment motion.

After *de novo* review of the complaint and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 25th day of September, 2020;

IT IS HEREBY ORDERED that Defendant's motion for summary judgment [ECF No. 40] is GRANTED, and judgment is entered in favor of Defendant and against Plaintiff on all claims in this case. The report and recommendation of Magistrate Judge Lanzillo, issued August 7, 2020 [ECF No. 50] is adopted as the opinion of the court.

The Clerk is directed to mark this case CLOSED.

SUSAN PARADISE BAXTER
United States District Judge

cc:  The Honorable Richard A. Lanzillo
     U.S. Magistrate Judge